

# NUMBER 13-23-00469-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ASHLEY GALVAN,                                                    Appellant,

v.

JASON WENDEL AND AMBER
QUARLES,                                                         Appellees.

### On appeal from the 329th District Court
### of Wharton County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Peña**
**Memorandum Opinion by Justice Peña**

This matter is before the court on its own motion. On December 5, 2023, the Clerk of the Court notified appellant that the clerk's record in the above cause was due on November 27, 2023, and that the deputy district clerk, Meagan Morales, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could

be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to comply with a notice from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
7th day of March, 2024.